**Opinion issued April 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00035-CV

————————————

## IN RE ADRIENE SIBLEY, Relator

———————————————————————————————————

### Original Proceeding on Petition for Writ of Mandamus

———————————————————————————————————

## MEMORANDUM OPINION

Relator, Adriene Sibley, has filed a "Petition for Writ of Mandamus or Prohibition," in which she challenges a post-judgment discovery order as void.[*] We deny the petition.

## PER CURIAM

---

[*]  The underlying case is *Seminole Pipeline Company, LLC v. Adriene Sibley a/k/a Adriene Gail Lewis*, cause number CI50979, pending in the County Court at Law No. 3 of Brazoria County, Texas, the Honorable Jeremy E. Warren presiding.

Panel consists of Justices Jennings, Massengale, and Huddle.